# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

McALLEN DIVISION

| UNITED STATES OF AMERICA | | | **CRIMINAL COMPLAINT** |
|---|---|---|---|
| V. | | United States District Court<br>Southern District of Texas<br>FILED<br>AUG 17 2016<br>Clerk of Court | |
| Jose A Garcia-Gonzalez | PRINCIPAL | | Case Number: |
| YOB: | 1976 | | M-16- 1532 -M |
| United States Citizen | | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __08/15/2016__ in __Starr__ County, in the __Southern__ District of __Texas__ defendants(s) did,
(Track Statutory Language of Offense)

**knowing or in reckless disregard of the fact Pedro Luis Longoria-Navarro, a national of the United Mexican States, and Jose Celso Sanchez-River, a national of the United Mexican States, along with eight (8) other undocumented alien, for a total of ten (10), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__ **FELONY**
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On August 15, 2016, at approximately 4:00 p.m., Border Patrol Agents working under undercover operations in the Roma, Texas area; observed three subjects with no shirts come out of the brush behind the Burger King parking lot and load up into a red Ford Expedition.

Agents relayed the information to the uniformed agents working nearby. Agent Martinez and Department of Public Safety Trooper Gonzalez responded and located the red Ford Expedition. The agents followed the red Expedition through several streets. As the agent was following the Expedition, they noticed that the Expedition came to an abrupt stop and three subjects came out running from the vehicle including the driver.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**Francisco Sanchez    Senior Patrol Agent**
Printed Name of Complainant

**August 17, 2016** at **McAllen, Texas**
Date                              City and State

**Dorina Ramos**, U. S. Magistrate Judge          _Dorina Ramos_
Name and Title of Judicial Officer                Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- /532M

**RE:** Jose A Garcia-Gonzalez

## CONTINUATION:

The agent managed to detain the driver and DPS Trooper managed to apprehend the other two subjects. The agent noticed several other subjects still remained inside the red Expedition. After questioning all passengers inside the Expedition, a total of 10 illegal aliens were arrested. The driver was identified as Jose Armando GARCIA-Gonzalez and was placed under arrest for transporting illegal aliens.

Once at the Border Patrol Station, agents discovered that Jose Armando GARCIA-Gonzalez had already been arrested for Transporting two Illegal Aliens on July 4, 2016.

PRINCIPAL STATEMENT:

Jose Armando GARCIA-Gonzalez was read his Miranda Rights and declined to give a statement without the presence of an attorney.

MATERIAL WITNESS STATEMENT – 1:

Pedro Luis LONGORIA-Navarro was advised of his Miranda Rights and agreed to provide a statement without the presence of an attorney.

Pedro Luis LONGORIA-Navarro a citizen of Mexico, stated he was to pay a sum of $4,000 to $5,000 USD to be smuggled to North Carolina. LONGORIA also stated that he and nine others crossed illegally into the United States with the help of two smugglers. Once in the United States, they walked about twenty minutes then one of the smugglers told them to load into to a truck parked nearby. LONGORIA indicated that once inside the vehicle, the driver told them to hide. LONGORIA claims after driving a few minutes, the driver mentioned that the police was behind them; moments later, the driver stopped and ran away.

Pedro Luis LONGORIA-Navarro identified Jose Armando GARCIA-Gonzalez through a photo lineup as the driver of the red Ford Expedition.

MATERIAL WITNESS STATEMENT – 2:

Jose Celso SANCHEZ-Rivera was advised of his Miranda Rights and agreed to provide a sworn statement without an attorney present.

Jose Celso SANCHEZ-Rivera a citizen of Mexico, stated he was to pay $4,000 USD to be smuggled to San Jose, California. SANCHEZ also stated he and nine others crossed illegally into the United States with the help of a smuggler. Once in the United States, the smuggler told them to run to the Burger King restaurant and that a red Ford Expedition was going to be there waiting of them. SANCHEZ indicated that when they arrived at the Burger King parking lot, there was a red Ford Expedition with the passenger door open. He also indicated that the driver signaled with his hands to the group to hurry up. SANCHEZ claims that after several minutes of driving, the driver stopped and told them to run.

Jose Celso SANCHEZ-Rivera identified Jose Armando GARCIA-Gonzalez through a photo lineup as the driver of the red Ford Expedition.